UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NORTH ATLANTIC SECURITY COMPANY     CIVIL ACTION

VERSUS     NO. 19-379-SDD-EWD

FABIAN BLACHE, ET AL

_____

**PLAINTIFF'S MOTION FOR LEAVE OF COURT
TO FILE FIRST AMENDED COMPLAINT**
_____

**MAY IT PLEASE THE COURT:**

Plaintiffs, NORTH ATLANTIC SECURITY COMPANY, seeks leave of court to file their first amended complaint.

Plaintiffs hereby seek leave of Court to file the attached first amended complaint.

    Respectfully Submitted,

    /s/Joseph Long_____
    Joseph J. Long, Attorney At Law
    La. Bar Roll #25968
    251 Florida Street, Suite 308
    Baton Rouge, LA 70801
    225-343-7288
    josephjlong@juno.com
    *Attorney for Plaintiffs*

**CERTIFICATED OF SERVICE**

I hereby certify that a copy of this pleading has been filed electronically with the Court's online CM/ECF system on this 20th day of August, 2019. Notice of this filing will be sent to defendants' counsel by operation of this Court's electronic filing system.

    ____*/s/Joseph Long*_____
    Joseph J. Long

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NORTH ATLANTIC SECURITY COMPANY         CIVIL ACTION

VERSUS                                  NO. 19-379-SDD-EWD

FABIAN BLACHE, ET AL
_____

**ORDER**
_____

CONSIDERING THE FOREGOING filed by Plaintiff:

IT IS HEREBY ORDERED that leave is granted to file First Amended Complaint.

This _____ day of _____ 2019, Baton Rouge, Louisiana.

_____
JUDGE