## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**NORTH ATLANTIC SECURITY CO.**　　　　　**Civil Action No.**

**VERSUS**　　　　　**19 – 379 – EDW (CONSENT)**

**FABIAN BLACHE ET AL**

### MOTION FOR DEFAULT JUDGMENT UNDER RULE 55

NOW INTO COURT, through undersigned counsel, comes Plaintiff, North Atlantic Security Company ("North Atlantic"), who states that, on information and belief, Defendants have never answered plaintiff's complaint.  As such, plaintiff seeks a default judgment as Defendant has never filed an answer denying any of plaintiff's allegations.

WHEREFORE, Plaintiff prays that this pleading be served upon Defendant Fabian Blache, through his enrolled counsel, and that a default judgment be entered into the record and damages be awarded based on the affidavit of Jabari Edwards.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/Joseph J. Long*
　　　　　　　　　　　　　　　　　　Joseph J. Long (LBN 25968)
　　　　　　　　　　　　　　　　　　251 Florida Street, Suite 308
　　　　　　　　　　　　　　　　　　Baton Rouge, LA 70801
　　　　　　　　　　　　　　　　　　(225) 343-7288
　　　　　　　　　　　　　　　　　　JOE@LEGAL225.COM

　　　　　　　　　　　　　　　　　　Wilbur O. Colom (MS Bar# 6403)
　　　　　　　　　　　　　　　　　　Post Office Box 101
　　　　　　　　　　　　　　　　　　Columbus, MS 39703
　　　　　　　　　　　　　　　　　　(662) 327-0903
　　　　　　　　　　　　　　　　　　WIL@COLOM.COM

Courtney B. "Corky" Smith
La Bar Roll # 39074
809 3rd Ave N
P.O. Box 648
Columbus, MS 39701 / 39703
662.328.2711
CSMITH@SIMSANDSIMSLLC.COM

*Counsel for Plaintiff,*
*North Atlantic Security Company*