## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**NORTH ATLANTIC SECURITY**

**VERSUS**

**FABIAN BLACHE, ET AL**

**CIVIL ACTION**

**NO. 19-379 -EWD (CONSENT)**

## MOTION TO SUBSTITUTE RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff North Atlantic Security, who respectfully submits the proposed Exhibit List to include a caption and signature block as directed by the Clerk of Court.

WHEREFORE, Plaintiff prays the proposed Exhibit List be allowed to substitute R. Doc. [104] for the record.

Respectfully submitted by:

*/S/Joseph J. Long*
Joseph J. Long (LBN 25968)
251 Florida Street, Suite 308
Baton Rouge, LA 70801
(225) 343-7288
JOE@LEGAL225.COM

*Counsel for Plaintiff*
*North Atlantic Security Company*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NORTH ATLANTIC SECURITY**

**VERSUS**

**FABIAN BLACHE, ET AL**

**CIVIL ACTION**

**NO. 19-379 -EWD (CONSENT)**

**ORDER**

Considering the foregoing Motion to Substitute Record,

IT IS HEREBY ORDERED THAT the motion is GRANTED, and the Clerk of Court shall replace the proposed Exhibit List for R. Doc. [104].

Signed in Baton Rouge, Louisiana, this _____ day of February, 2025.

_____
ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE