UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

NORTH ATLANTIC SECURITY CO.                                  CIVIL ACTION

VERSUS                                                       19-cv-00379-EWD

FABIAN BLANCHE, et al.

## ORDER

Service having been executed on Defendant, Fabian Blanche on October 17, 2019, and a Motion for Summary Judgment having been filed on November 23, 2021

IT IS ORDERED that the Motion for Entry of Default filed by North Atlantic Security Co. is DENIED.

Baton Rouge, Louisiana, this 26th day of February 2025.

MICHAEL L. MCCONNELL
CLERK OF COURT

BY: _____
Deputy Clerk